# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3382
_____

United States of America,

*Plaintiff - Appellee*,

v.

Anthony Leon Waits,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: November 24, 2020
Filed: December 8, 2020
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Anthony Waits appeals after the district court[1] entered an amended order of forfeiture, following this court's affirmance of his wire fraud conviction and remand of the forfeiture issue for further proceedings.

Upon careful review, we conclude that the district court did not err by ordering forfeiture under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Although the indictment cited only 18 U.S.C. § 982, Waits had adequate notice that the government intended to seek forfeiture. *See* Fed. R. Crim. P. 32.2(a); *United States v. Silvious*, 512 F.3d 364, 370 (7th Cir. 2008). Accordingly, we affirm, *see* 8th Cir. R. 47B, and deny Waits's pending motion as moot.

------------------------------

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.